■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JOHNSON, Appellant. [731 NYS2d 421] —Judgment unanimously affirmed (*see, People v Crenshaw,* 278 AD2d 897, *lv denied* 96 NY2d 799). (Appeal from Judgment of Monroe County Court, Marks, J.—Grand Larceny, 3rd Degree.) Present—Green, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.